# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD HEUER, | No. 2:19-CV-1328-JAM-DMC |
| Plaintiff, | |
| v. | ORDER |
| BUTTE COUNTY, et al., | |
| Defendants. | |

Plaintiff, who is proceeding with retained counsel, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for leave to proceed in forma pauperis (ECF No. 2). Plaintiff has submitted the affidavit required by 28 U.S.C. § 1915(a) showing that plaintiff is unable to prepay fees and costs or give security therefor.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for leave to proceed in forma pauperis (ECF No. 2) is granted and this matter is referred back to the assigned District Judge.

Dated: July 23, 2019

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1